06-CV-05465-STIP



FILED
RECEIVED
JAN 2 2 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA on behalf of CORONA STEEL, INC., a Washington corporation,

Plaintiff,

v.

ANTHONY CONSTRUCTION COMPANY, a Washington corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Defendants.

NO. C06 5465 FDB

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

COMES NOW United States of America on behalf of Corona Steel, Inc. and Anthony Construction Company and St. Paul Fire and Marine Insurance Company, by and through their undersigned attorneys, and stipulate that plaintiffs' claims raised in the above captioned litigation may be dismissed with prejudice and without costs.

DATED this 8 day of January, 2007.

SCHIFFRIN OLSON SCHLEMLEIN
& HOPKINS, P.L.L.C.

By: _____
Garth A. Schlemlein, WSBA #13637
Attorneys for Defendants
Anthony Construction Company
St. Paul Fire and Marine Ins. Co.

DATED this 21st day of November, 2006.

McGAVICK GRAVES

By: _____
Gregory F. Amann, WSBA# 24172
Attorneys for Plaintiffs
United States of America on behalf of
Corona Steel, Inc.

Stipulation and Order of Dismissal – Page 1
JMGAO:\ANTHONY CONSTRUCTION\CORONA\PLEADINGS\STIPULATION AND ORDER OF DISMISSAL.DOC

ORIGINAL

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER
1601 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

## ORDER OF DISMISSAL

Upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims raised in the above captioned litigation are hereby dismissed with prejudice and without cost to any party.

DONE IN OPEN COURT this 24 day of January, 2007.

_____
JUDGE/COURT COMMISSIONER

PRESENTED BY:

SCHIFFRIN OLSON & SCHLEMLEIN, P.L.L.C.

By: _____
Garth A. Schlemlein, WSBA #13637
Attorneys for Defendants
Anthony Construction Company
St. Paul Fire and Marine Insurance Company

APPROVED AS TO FORM; NOTICE OF PRESENTMENT WAIVED

McGAVICK GRAVES

By: _____
Gregory F. Amann, WSBA #24172
Attorneys for Plaintiffs
United States of America on behalf of
Corona Steel, Inc.

Stipulation and Order of Dismissal – Page 2
JMGAO:\ANTHONY CONSTRUCTION\CORONA\PLEADINGS\STIPULATION AND ORDER OF DISMISSAL.DOC

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PL.L.C.
WESTLAKE CENTER OFFICE TOWER
1601 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514